United States District Court
Southern District of Texas
**ENTERED**
May 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ABEL AARON BENAVIDES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-025 |
| | § | |
| FREEDOM MORTGAGE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CASE

On this date, the above-captioned case was called in open court pursuant to the Court's Order to Show Cause (D.E. 5). Plaintiff failed to appear in person or by attorney. Therefore, this action is DISMISSED WITHOUT PREJUDICE for want of prosecution.

ORDERED this 20th day of May, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE